**Order entered February 2, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00604-CR

**ALAN LEE WASHINGTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-57841-R**

## ORDER

The Court **DENIES** as moot the State's January 23, 2015 motion to extend time to file its brief. The State's brief was originally due by Monday, December 1, 2014, and the motion sought an extension until January 28, 2015 to file the brief. To date, however, the State has not yet tendered its brief to the Court.

The Court **ORDERS** the State to file its brief within **TEN DAYS** of the date of this order. If the brief is not received within that time, the appeal will be submitted without the State's brief.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Daniel Abrahamson, Dallas County District Attorney's Office, and to counsel for appellant.

/s/    LANA MYERS
       JUSTICE